EDWARD THOMPSON COMPANY, RESPONDENT, v. ELWOOD C. WEEKS, APPELLANT.

Submitted October 28, 1932—Decided January 23, 1933.

For the respondent, *Robertson & Robertson.*

For the appellant, *Elwood C. Weeks.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court, and printed in 10 *N. J. Mis. R.* 174.

*For affirmance*—The Chancellor, Trenchard, Parker, Lloyd, Bodine, Brogan, Heher, Kays, Hetfield, Wells, Kerney, JJ. 11.

*For reversal*—None.